IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JESSE GARMON, B23470,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**ZACHARY ROECKEMAN,** *et al.*, )<br>)<br>    **Defendant.** ) | Case No. 3:13-cv-00287-SMY-PMF |

## REPORT AND RECOMMENDATIONS

**FRAZIER, Magistrate Judge:**

Before the Court is the plaintiff's Motion to Request Transfer (Doc. 49), which will be construed as a motion for preliminary injunctive relief. This Report and Recommendation is filed without holding a hearing on the motion. See Fed. R. Civ. P. 65, *People of State of Ill. ex rel. Hartigan v. Peters*, 871 F.2d 1336, 1342 (7th Cir. 1989). For the following reasons, it is RECOMMENDED that plaintiff's motion be DENIED.

Plaintiff's one page motion requesting a transfer states that he is being retaliated against by the Big Muddy River Correctional Center staff and by the Illinois Department of Corrections Administrative Review Board. Plaintiff states that he was threatened to dismiss this lawsuit and that he is not receiving clothing from the clothing staff within the allotted period of time.

To obtain a preliminary injunction the plaintiff must demonstrate that: (1) he is reasonably likely to succeed on the merits, (2) there is no adequate remedy at law, (3) if the injunction is not granted he will suffer irreparable harm, (4) the irreparable harm he will suffer outweighs the harm to the defendants if the injunction is granted, (5) and the injunction will not harm the public interest. *Joelner v. Vill. of Washington Park, Illinois*, 378 F.3d 613, 619 (7th Cir. 2004). Preliminary injunctive relief with respect to prison conditions is to be narrowly drawn,

extend no further than necessary to correct the harm and be the least intrusive means necessary. 18 U.S.C. § 3626(a)(2). Plaintiff has the burden of proof to make a clear showing that he is entitled to preliminary injunctive relief. *Goodman v. Illinois Dep't of Fin. and Prof'l Regulation*, 430 F.3d 432, 437 (7th Cir. 2005).

Here, plaintiff has failed to make a clear showing that he is entitled to preliminary injunctive relief. Plaintiff's motion did not name any defendants in this case, or name any specific individuals at all. Injunctive relief is simply not warranted on the basis of vague contentions that staff are acting in a threatening manner, or that there is a delay in receiving his clothing. Plaintiff has provided insufficient information to support finding that he is reasonably likely to succeed on the merits or that he would suffer irreparable harm absent a preliminary injunction. The other requisite elements for a preliminary injunction need not be addressed. A preliminary injunction is therefore improper.

**SO RECOMMENDED.**

**DATED:   January 8, 2014   .**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**